IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GWENODA COBB,**

    **Plaintiff,**

v.                                Case No. 1:17cv182-MW/GRJ

**NANCY A. BERRYHILL,**
**Deputy Commissioner of Operations,**
**Social Security Administration,**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument. ECF No. 23. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The

decision of the Commissioner is **AFFIRMED**.  Plaintiff's request for oral argument is **DENIED**." The Clerk shall close the file.

    **SO ORDERED on June 28, 2018.**

                                    <u>s/Mark E. Walker</u>           \_\_\_\_
                                    **United States District Judge**